IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SARAH SOLOMON, on behalf of herself and
all individuals similarly situated,
        Plaintiff,

v.                                  Civil Action No. 3:19-cv-255

TRANS UNION, LLC,
        Defendant.

## FINAL ORDER

On September 23, 2020, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Trans Union LLC. (Dk. No. 48.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 23 September 2020
Richmond, VA

                                                        /s/
                                   John A. Gibney, Jr.
                                   United States District Judge